```
                                          FILED
                                   CLERK, U.S. DISTRICT COURT

                                        MAR 03 2013

                                   CENTRAL DISTRICT OF CALIFORNIA
                                   BY:                    DEPUTY
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

GARDEN CITY BOXING CLUB, INC.,

    Plaintiff,

vs.

MARIBEL NEGRETE, individually and dba ANTOJITOS RESTAURANT,

    Defendant.

CASE NO. CV 03-6332-ER (PJWx)

RENEWAL OF DEFAULT JUDGMENT BY CLERK

    Based upon the application for renewal of the judgment of the original judgment, and pursuant to F.R.C.P. 69(a) and C.C.P. §§ 683.110 through 683.320, and for good cause appearing, therefore,

    The judgment to and against Defendant MARIBEL NEGRETE, individually and dba ANTOJITOS RESTAURANT, the Default Judgment entered on 5/27/04 [copy of Abstract of Judgment attached] is hereby renewed in the amounts as set forth below:

Renewal of money judgment

| | | |
|---|---|---|
| a. | Total judgment | $4,500.00 |
| b. | Costs after judgment | $ 194.00 |
| c. | Attorneys fees: | $ 650.00 |
| d. | Subtotal (*add a and b*) | $5,344.00 |
| e. | Credits after judgment | $ -0- |
| f. | Subtotal (*subtract d from c*) | $5,344.00 |

RENEWAL OF DEFAULT JUDGMENT - CASE NO. CV 03-6332-ER (PJWx)

    1

|   |   |
|---|---|
| g. Interest after judgment | $1,319.05 |
| h. Fee for filing renewal application | $ -0- |
| I. **Total renewed judgment** *(add e, 5, and g)* | $6,663.05 |

DATED: 03/03/2014          CLERK, by  J. Remigio                          ,
                                    Deputy

**WHEN RECORDED MAIL TO:**
DAVID J. COOK, Esq. State Bar No. 060859
COOK, PERKISS & LEW
A Professional Law Corporation
333 Pine Street, 3rd Floor
San Francisco, CA 94104    File No. 48,939
415 989 4730 / Fax 415 989 0491

04 2281719

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARDEN CITY BOXING CLUB, INC.,<br><br>PLAINTIFF(S)<br><br>v.<br><br>MARIBEL NEGRETE, individually and<br>d/b/a ANTOJITOS RESTAURANT,<br><br>DEFENDANT(S) | CASE NO. CV-03-6332 ER (PJWx)<br><br>**ABSTRACT OF JUDGMENT** |

I certify that in the above-entitled action and Court, Judgment was entered on May 27, 2004 in favor of GARDEN CITY BOXING CLUB, INC.

whose address is c/o COOK, PERKISS & LEW, a Professional Law Corporation, 333 Pine Street, Third Floor, San Francisco, CA 94104

and against MARIBEL NEGRETE, individually and d/b/a ANTOJITOS RESTAURANT

whose last known address is 11216 E. Garvey Avenue, El Monte, CA 91733

for $ 4,500.00    Principal, $ -0-    Interest,
$ 194.00    Costs, and $ 650.00    Attorney Fees.

ATTESTED this 20th day of July, 2004.
Judgment debtor's driver's license no. and state: _____ [xx] unknown
Judgment debtor's Social Security number: _____ [xx] unknown

[xx] No stay of enforcement ordered by Court
[ ] Stay of enforcement ordered by Court, stay date ends _____

Judgment debtor's attorney's name and address and/or address at which summons was served.
MARIBEL NEGRETE, individually and
d/b/a ANTOJITOS RESTAURANT
11216 E. Garvey Avenue
El Monte, CA 91733

CLERK U.S. DISTRICT COURT
By _____
Deputy Clerk

**ABSTRACT OF JUDGMENT**